Daniei, Judge.
 

 The slaves mentioned in the plaintiff’s declaration, were not the property of
 
 Miles Hardy
 
 and therefore did not pass to the plaintiff
 
 Harriet,
 
 on the death of her brother without issue, under the executory devise or bequest contained in her father’s will. The slaves originally belonged to
 
 Ducket,
 
 and the value of them went as so much money in satisfying the decree that was obtained against
 
 Ducket
 
 as executor. The transfer of these slaves by
 
 Dueket
 
 to
 
 Henry Hardy,
 
 vested in the said
 
 Henry
 
 the absolute legal estate. The amount of the decree, perhaps did belong to the plaintiffs, after the death of
 
 Henry
 
 without issue; and her interest* in the said decree might have been secured to the plaintiff by the court at the time it was rendered. But the Superior Cqjirt of Edgecomb was trying the question of legal property, and had no power to substitute the slaves that were rendered by
 
 Henry
 
 in satisfaction of that decree, for the money itself. We therefore think, that the judgment rendered in the said Superior Court must be af-finnqd.
 

 Per Curiam — Judgment aeeirmrd.